IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MAXIM INTEGRATED PRODUCTS, INC., MDL NO. 2354 ) ) ) This Document Relates to: 12-882 ) ) ) ) ) ) | Master Docket Misc. No. 12-244 MDL No. 2354 FISCHER, District Judge |
| ) MAXIM INTEGRATED PRODUCTS, INC., ) ) Plaintiff and Counter-Defendant, ) ) v. ) ) UNION BANK, N.A., and ) UNIONBANCAL CORPORATION, ) ) Defendants and Counter-Claimants, ) ) | Civil Action No. 2:12-cv-882 ELECTRONIC FILING |

**ORDER GRANTING UNION BANK, N.A., AND UNIONBANCAL CORPORATION'S JOINDER TO OPPOSING PARTIES' (1) MOTION TO STRIKE MAXIM'S INFRINGEMENT CONTENTIONS, OR IN THE ALTERNATIVE, MOTION TO COMPEL AMENDMENT OF INFRINGEMENT CONTENTIONS TO COMPLY WITH THE LOCAL PATENT RULES; AND (2) MOTION FOR PROTECTIVE ORDER**

AND NOW, this _10th_ day of _December_, 20___, it is hereby ORDERED that Union Bank's Motion to Join Opposing Parties' (1) Motion to Strike Maxim's Infringement Contentions, or in the Alternative, Motion to Compel Amendment of Infringement Contentions to Comply with the Local Rules; and (2) Motion for Protective Order is GRANTED.

_/s/ Nora Barry Fischer_
The Honorable Nora Barry Fischer
United States District Court Judge

9