# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: MAXIM INTEGRATED PRODUCTS, INC., MDL NO. 2354**, <br><br> This Document Relates to: 12-cv-945 | Master Docket <br> Misc. No. 12-244 <br> MDL No. 2354 <br><br> CONTI, District Judge |
| **BRANCH BANKING AND TRUST COMPANY,** <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> **MAXIM INTEGRATED PRODUCTS, INC.,** <br><br> Defendant and Counter-Claimant. | C.A. No. 2:12-cv-945-JFC |

## ORDER GRANTING BRANCH BANKING AND TRUST COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Having considered BB&T's Unopposed Motion for Leave to File Documents Under Seal, IT IS HEREBY ORDERED that the motion is GRANTED. BB&T's Response to Maxim's Second Motion to Compel and exhibits may be filed under seal, without redacted versions.

IT IS FURTHER ORDERED that the documents, when filed, shall remain sealed until further Order of the Court.

SO ORDERED.

Dated: August 1, 2013

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge