# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MAXIM INTEGRATED PRODUCTS, INC. MDL NO. 2354 | Master Docket Misc. No. 12-244 MDL No. 2354 |
| This Document Relates to: All Actions. | CONTI, Chief Judge |

## JOINT NOTICE OF AGENDA FOR
## AUGUST 15, 2013 TELEPHONIC STATUS CONFERENCE

Plaintiff Maxim Integrated Products, Inc. and the Opposing Parties respectfully notify the Court that, pursuant to the Court's Order at Dkt. 542, Maxim and Stand-in Liaison Counsel for the Opposing Parties[1] met and conferred concerning the agenda for the telephonic status conference set for Thursday, August 15, 2013 at 3:30 PM EST, and hereby set forth the agenda for the status conference:

1. Opposing Parties would like to bring to the Court's attention that not all Opposing Parties have access to the information being produced to Maxim by third parties. This issue was also raised with the Special Master on August 12.

Opposing Parties will circulate dial-in information to the Court and parties.

---

[1] Max Ciccarelli, counsel for Southwest, acted as Stand-in Liaison Counsel for purposes of this status conference.

Dated:  August 14, 2013

Respectfully submitted,

/s/ William P. Nelson
Matthew D. Powers (pro hac vice)
Steven S. Cherensky (pro hac vice)
Paul T. Ehrlich (pro hac vice)
William P. Nelson (pro hac vice)
Aaron M. Nathan (pro hac vice)
Stefani C. Smith (pro hac vice)
Sam Y. Kim (pro hac vice)
Robert L. Gerrity (pro hac vice)
Palani P. Rathinasamy (pro hac vice)
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Phone: (650) 802-6000
Fax: (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
stefani.smith@tensegritylawgroup.com
sam.kim@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
palani@tensegritylawgroup.com

Leland P. Schermer, Esquire
Pa. ID No. 47283
Bryan A. Loose, Esquire
Pa. ID No. 201385
LELAND SCHERMER & ASSOCIATES, PC
Henry W. Oliver Building
535 Smithfield Street, Third Floor
Pittsburgh, PA 15222
Phone: (412) 642-5000
Fax: (412) 642-5010
Email:
lschermer@schermerlaw.com
bloose@schermerlaw.com

James C. Otteson (*pro hac vice*)
Phillip W. Marsh (*pro hac vice*)

Michael D.K. Nguyen (*pro hac vice*)
AGILITY IP LAW LLP
149 Commonwealth Drive
Menlo Park, CA 94065
Phone: (650) 227-4800
Email:
jim@agilityiplaw.com
phil@agilityiplaw.com
mnguyen@agilityiplaw.com

Michael North (*pro hac vice*)
NORTH WEBER & BAUGH LLP
2479 E. Bayshore Road, Suite 707
Palo Alto, CA 94303
Email: mnorth@northweber.com

*Attorneys for*
*Maxim Integrated Products, Inc.*


/s/ Vishal Patel
Max Ciccarelli
   Texas Bar No. 00787242
   Max.Ciccarelli@tklaw.com
Vishal Patel
   Texas Bar No. 24065885
   Vishal.Patel@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201–2533
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES, CO.

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2013, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

                                               /s/ Vishal Patel
                                               Vishal Patel