# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: MAXIM INTEGRATED PRODUCTS, INC., MDL NO. 2354** | Master Docket<br>Misc. No. 12-244<br>MDL No. 2354 |
| This Document Relates to: 12-cv-860 | CONTI, District Judge |
| **KEYCORP AND KEYBANK, N.A.** | |
| Plaintiff and Counter-Defendant, | C.A. No. 2:12-cv-860-JFC |
| v. | |
| **MAXIM INTEGRATED PRODUCTS, INC.,** | |
| Defendant and Counter-Plaintiff. | |

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS BY KEYCORP, KEYBANK, N.A., AND MAXIM INTEGRATED PRODUCTS, INC. AND [PROPOSED] ORDER

Plaintiff and Counter-Defendant KeyCorp and Keybank, N.A. (collectively "KeyBank") and Defendant and Counter-Plaintiff Maxim Integrated Products, Inc. ("Maxim"), pursuant to Rules 41(a)(2) and (c) of the Federal Rules of Civil Procedure, hereby jointly stipulate and move for an order dismissing WITH PREJUDICE and in their entirety (1) all claims and counterclaims brought by KeyBank against Maxim and (2) all claims and counterclaims brought by Maxim against KeyBank, with each party to bear its own cost, expenses and attorneys' fees.

Dated: August 15, 2013                     CALFEE, HALTER & GRISWOLD LLP


                                           _/s/ Tracy Johnson___
                                           Tracy Scott Johnson (OH 0064579)
                                           Georgia K.E. Yanchar (OH 0071458)
                                           CALFEE, HALTER & GRISWOLD LLP
                                           The Calfee Building
                                           1405 East Sixth Street
                                           Cleveland, OH 44114-1607
                                           Phone: (216) 622-8200
                                           Fax: (212) 241-0816
                                           Email:
                                           tjohnson@calfee.com
                                           gyanchar@calfee.com

                                           *Attorneys for*
                                           *KeyCorp, KeyBank N.A.*


Dated: August 15, 2013                     TENSEGRITY LAW GROUP LLP


                                           _/s/ Matthew D. Powers___
                                           Matthew D. Powers (*pro hac vice*)
                                           Steven S. Cherensky (*pro hac vice*)
                                           Paul T. Ehrlich (*pro hac vice*)
                                           William P. Nelson (*pro hac vice*)
                                           Aaron M. Nathan (*pro hac vice*)
                                           Stefani C. Smith (*pro hac vice*)
                                           Sam Y. Kim (*pro hac vice*)
                                           Robert L. Gerrity (*pro hac vice*)
                                           Palani P. Rathinasamy (*pro hac vice*)
                                           TENSEGRITY LAW GROUP LLP
                                           555 Twin Dolphin Drive, Suite 360

Redwood Shores, CA 94065
Phone:  (650) 802-6000
Fax:  (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
stefani.smith@tensegritylawgroup.com
sam.kim@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
palani@tensegritylawgroup.com

Leland P. Schermer, Esquire
Pa. ID No. 47283
Bryan A. Loose, Esquire
Pa. ID No. 201385
LELAND SCHERMER & ASSOCIATES, PC
Henry W. Oliver Building
535 Smithfield Street, Third Floor
Pittsburgh, PA 15222
Phone:  (412) 642-5000
Fax:  (412) 642-5010
Email:
lschermer@schermerlaw.com
bloose@schermerlaw.com

James C. Otteson (*pro hac vice*)
Phillip W. Marsh (*pro hac vice*)
Michael D.K. Nguyen (*pro hac vice*)
AGILITY IP LAW LLP
149 Commonwealth Drive
Menlo Park, CA 94065
Phone:  (650) 227-4800
Email:
jim@agilityiplaw.com
phil@agilityiplaw.com
mnguyen@agilityiplaw.com

Michael North (*pro hac vice*)
NORTH WEBER & BAUGH LLP
2479 E. Bayshore Road, Suite 707
Palo Alto, CA 94303
Email:  mnorth@northweber.com

*Attorneys for*
*Maxim Integrated Products, Inc.*

IT IS SO ORDERED.

DATED this 20th day of August, 2013.

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States District Court Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing to be served via the Western District of Pennsylvania's ECF System on August 15, 2013, on all counsel of record.

 */s/ Matthew D. Powers*
Matthew D. Powers