## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE MAXIM INTEGRATED PRODUCTS, INC., MDL NO. 2354** | Master Docket<br>Misc. No. 12-244<br>MDL No. 2354 |
| This Document Relates To: 12-cv-882 | |
| | CONTI, DISTRICT JUDGE |
| **MAXIM INTEGRATED PRODUCTS, INC.,** | |
| Plaintiff, | C.A. No. 2:12-cv-882-JFC |
| v. | Filed Electronically |
| **UNION BANK, N.A. and UNIONBANCAL CORPORATION,** | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendant UNION BANK, N.A. and UNIONBANCAL CORPORATION in the above-captioned action at member case number 12-882.

Respectfully submitted this 27th day of August, 2013.

> */s/ Michael J. Turton*
> Michael J. Turton (GA Bar No. 720269)
> KILPATRICK TOWNSEND
>  & STOCKTON LLP
> Suite 2800, 1100 Peachtree Street, NE
> Atlanta, GA 30309
> Telephone: (404) 815-6500
> Facsimile: (404) 815-6555
> mturton@kilpatricktownsend.com

65652387V.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of August, 2013, the foregoing Notice of Appearance was filed via the court's ECF system and was served via the ECF system on all counsel of record.

*/s/ Michael J. Turton*

65652387V.1