# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MAXIM INTEGRATED PRODUCTS, INC., MDL NO. 2354 ) ) ) | Master Docket<br>Misc. No. 12-244<br>MDL No. 2354 |
| This Document Relates to: 2:12-cv-1538-JFC ) ) ) | CONTI, District Judge |
| BMO HARRIS BANK NATIONAL ASSOCIATION, ) ) ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 2:12-cv-1538-JFC |
| MAXIM INTEGRATED PRODUCTS, INC., ) ) | |
| Defendant. ) | |
| MAXIM INTEGRATED PRODUCTS, INC., ) ) | |
| Counterclaimant, ) | |
| v. ) | |
| BMO HARRIS BANK NATIONAL ASSOCIATION, BANK OF MONTREAL AND BMO FINANCIAL CORP., ) ) ) | |
| Counterclaim Defendants. ) | |

## ORDER OF COURT

AND NOW, this 29th day of August 2013, upon consideration of Bank of Montreal's Motion to Dismiss [ECF No. 558], oral argument on the Motion, and Maxim Integrated Products, Inc.'s decision to not amend and refile its counterclaims against BMO Canada [ECF No. 622] as permitted by the Court's prior order on July 17, 2013, and its filing of a Notice of

Non-Opposition [ECF No. 653] it is hereby ORDERED that the Action with respect to Bank of Montreal is hereby DISMISSED WITH PREJUDICE. Bank of Montreal's Motion for Clarification [ECF No. 628] is therefore GRANTED. This Order shall be entered on the docket of both the individual case (2:12-cv-1538-JFC) and the multidistrict litigation (2:12-mc-00244-JFC).

                                                                   Joy Flowers Conti
                                                                     Chief U.S. District Judge

cc/ecf: All Counsel of Record